1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINETTA MAULDIN, et al., | ) | CASE NO. CV07-5446-AHM (CWx) |
| Plaintiff(s), | ) ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | ) ) | |
| 110 SPRUCE, LLC., et al., | ) ) | |
| Defendant(s). | ) ) ) | |
| _____ | ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

Date: March 12, 2008

**Make JS-6**

_____
A. Howard Matz
United States District Court Judge